UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 8:07-cr-29-T-23TGW
                                                       (Formerly: 6:02-cr-154-ORL-28KRS)

ISHMAEL COOPER

_____/

**ORDER**

On September 28, 2006, the United States Probation Office filed a September 25, 2006, petition for revocation of the defendant's supervised release (Doc. 35).[*] At the hearing on January 26, 2007, appointed counsel, Che Lopardo, represented the defendant and Assistant United States Attorney Donald Hansen represented the United States.

The defendant admits committing the two violations described in numbered paragraphs one and two of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release, and the defendant's term of supervised release is **REVOKED**. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to eighteen (18) months of imprisonment with no supervised release to follow.

---

[*] The defendant having pled guilty to count one of the indictment in Case No. 6:02-cr-154-ORL-28KRS, the court imposed a sentence on February 12, 2003, of forty months of imprisonment and three years of supervised release.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on January 29, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
United States Probation
Counsel of Record